UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD C. GREEN, <br><br>   Plaintiff, <br><br> v. <br><br>MICHAEL J. ASTRUE, <br>Commissioner of Social Security, <br><br>   Defendant. | NO. CV-08-3003-CI <br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED this 20th day of March, 2009.

             JAMES R. LARSEN
             District Court Executive/Clerk

             s/ L. Stejskal
             Deputy Clerk